# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY XAVIER SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant. | Case No. 1:25-cv-01158-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Jeremy Xavier Sanchez ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 8, 2025, together with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

      Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form. Plaintiff must submit a certified copy of his trust account statement if he wishes for the application to be considered.

      Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;

1

2. No extension of time will be granted without a showing of good cause; and

3. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:  **September 10, 2025**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

2