UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY XAVIER SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT,<br><br>  Defendant. | No. 1:25-cv-01158-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE<br><br>(Doc. 8) |

Plaintiff Jeremy Xavier Sanchez is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on September 8, 2025, together with a motion to proceed *in forma pauperis*. (Docs. 1, 2.) On September 10, 2025, the assigned magistrate judge ordered Plaintiff to file a certified copy of his inmate trust account statement for the past six months or, in the alternative, pay the $405.00 filing fee for this action within thirty days of service. (Doc. 4.) The Court warned Plaintiff that failure to comply with the order would result in dismissal of this action without prejudice. (*Id.* at 2.) Plaintiff did not file a trust account statement or pay the filing fee. Therefore, on October 28, 2025, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to obey a Court order and failure to prosecute. (Doc. 8.) The Court served the findings and

1

recommendations on Plaintiff and notified him that any objections were due within fourteen days. (*Id.* at 3–4.) The Court also advised Plaintiff that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).)

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the matter. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 28, 2025, (Doc. 8), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a Court order and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 23, 2025**

UNITED STATES DISTRICT JUDGE

2